IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN BLACHOWICZ,<br><br>  Plaintiff,<br><br>v.<br><br>DYE-NO-MYTE, LTD.<br><br>  Defendant. | Case No. 1:23-cv-01153-JLS |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Karen Blachowicz filed the above-referenced case against Defendant Dye-No-Myte, LTD on November 1, 2023.

2. Whereas Defendant has not yet answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses her Complaint with prejudice.

Dated: February 12, 2024        Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE,**
**MILLER & SWEET, LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Phone: 412-857-5350

*Attorneys for Plaintiff Karen Blachowicz*

**CERTIFICATE OF SERVICE**

I certify that on the 12th day of February, 2024, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

>     */s/ Benjamin J. Sweet*
>     Benjamin J. Sweet